```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                       HARRISON DIVISION
```

TERESA PEAVLER, as Special
Administrator of the Estate of
ZELMA WELLS and no Behalf of the
Wrongful Death Beneficiaries of
Zelma Wells                                              PLAINTIFF

v.                        Case No. 3:10-CV-03125

GGNSC HOLDINGS, LLC d/b/a
Golden Horizons, et al.                                  DEFENDANTS

## O R D E R

Currently before the Court is Plaintiff's Motion for Attorney's Fees (Doc. 16) filed pursuant to this Court's Order entered May 6, 2011. In accordance with the May 6th Order, Plaintiff's counsel has submitted an itemized statement of costs and attorney's fees incurred as a result of the untimely and improper removal and remand proceedings initiated by Defendants. Defendants' deadline to file a response to Plaintiff's Motion has passed with no objections or response having been filed.

Upon consideration of Plaintiff's Motion and accompanying billing statement, the Court finds that Plaintiff has substantiated costs and fees totaling $355.68, which the Court finds to be reasonable. Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's counsel shall have and recover from Defendants attorney's fees and costs in the amount of $355.68.

IT IS SO ORDERED AND ADJUDGED this 3rd day of June 2011.

*/s/ Paul K. Holmes, III*
**Paul K. Holmes, III**
**United States District Judge**